IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEPHANIE N. BROWN**                                                    **PLAINTIFF**

**v.**                               **Case No. 4:14-cv-00253-KGB**

**STATE OF ARKANSAS,** *et al*.                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, this case is dismissed with prejudice. The relief sought is denied.

So ordered this the 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge